```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00656
   ANGEL L MALDONADO
   MARGARET MALDONADO                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-7459     SSN XXX-XX-9125
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 01/11/08 and confirmed on 04/24/08.

  2.  The case was dismissed after confirmation, 10/23/2008.

  3.  The Debtor paid a total of $   5420.00 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 3816.64 | .00 | 3816.64 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 19790.79 | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | 596.69 | .00 | 596.69 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | 3188.90 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10675.00 | .00 | 692.31 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY DOOR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY FAMILY PRACTI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED         NOT FILED              .00           .00
NICOR GAS                    UNSECURED         NOT FILED              .00           .00
NICOR GAS                    UNSECURED         NOT FILED              .00           .00
OSI COLLECTION SERVICE       UNSECURED         NOT FILED              .00           .00
RIAZ BARBER MD               UNSECURED         NOT FILED              .00           .00
RUSH COPLEY                  UNSECURED         NOT FILED              .00           .00
THROUGH THE COUNTRY DOOR     UNSECURED         NOT FILED              .00           .00
UNITED COLLECTIONS           UNSECURED         NOT FILED              .00           .00
CAPITAL ONE AUTO FINANCE     UNSECURED           1030.22              .00           .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   38068.02          .00        1030.22         .00      39098.24
PRINCIPAL PAID        5105.64          .00            .00         .00       5105.64
INTEREST PAID             .00          .00            .00         .00            .00
TOTAL PAID            5105.64          .00            .00         .00       5105.64
```

The Debtor's attorney, CHANG & CARLIN                 , was allowed $   3500.00
and was paid $   1000.00   direct and $      .00   through the plan.

The Trustee received $     314.36 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                                  PAGE   2
        CASE NO. 08 B 00656 ANGEL L MALDONADO & MARGARET MALDONADO